THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY AKLES HILL,<br>AIS # 241257, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | 2:05-CV-333-WKW<br>[WO] |
| | ) | |
| JIMMY ABBOTT, *et al.*, | )<br>) | |
| Defendants. | ) | |

## **ORDER**

The Magistrate Judge filed a Report (Doc. # 23) in which she recommended that the defendants' motion for summary judgment be granted and the case be dismissed. No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Report and Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 23) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment (Doc. # 11) is GRANTED;

3. Judgment is GRANTED in favor of the defendants;

4. This case is DISMISSED WITH PREJUDICE; and

5. The costs of this proceedings are taxed against the plaintiff.

An appropriate judgment will be entered.

DONE this 3rd day of August, 2007.

                                              /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE