THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY AKLES HILL,<br>AIS # 241257,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JIMMY ABBOTT, *et al.,*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　2:05-CV-333-WKW<br>)　　　　[WO]<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice. The costs of this proceedings are taxed against the plaintiff, for which execution shall issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of August, 2007.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE